[No. 74131-4-I. Division One. February 21, 2017.]

STEPHEN CHRISS JOHNSON, *Appellant*, v. THE DEPARTMENT OF LICENSING ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-01361-1, Christine Schaller, J., entered July 11, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Cox, JJ.

[No. 74633-2-I. Division One. February 21, 2017.]

THE STATE OF WASHINGTON, *Appellant*, v. JEFFREY ISAAC SCHENCK, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00447-1, Janice E. Ellis, J., entered December 24, 2015. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Schindler and Leach, JJ.

[No. 75021-6-I. Division One. February 21, 2017.]

HEIDI MORGAN, *Appellant*, v. MICHAEL B. HEBERT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-2-03862-0, George N. Bowden, J., entered October 23, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach and Spearman, JJ.

[No. 76014-9-I. Division One. February 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ROSHAWN TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-00857-4, Erik D. Price, J., entered September 24, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Cox, J.